**MARTIN D. HOLLY, ESQ. (SBN: 201421)**
Telephone/Facsimile: (213) 419-5063
Email: mholly@rlattorneys.com
**CHRISTOPHER J. MOHAMED, ESQ. (SBN: 303500)**
Telephone/Facsimile: (714) 804-5808
Email: cmohamed@rlattorneys.com
**RESNICK & LOUIS, P.C.**
515 South Flower Street, 18th Floor
Los Angeles, CA 90071

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO SALAS, an individual, LETICIA SALAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. : 21-cv-2212<br><br>[State Case No. 21STCV04815]<br><br>**CERTIFICATION AS TO INTERESTED PARTIES *[LOCAL RULE 7.1-1]*<br><br>Complaint Filed:  February 5, 2021<br><br>Trial Date:          August 5, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    The undersigned, counsel for Defendant TARGET CORPORATION, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

| NAME | CONNECTION OR INTEREST |
|---|---|
| Target Corporation | Defendant may be liable for Plaintiff's injuries. |
| Sedgwick CMS | Target's Claims Management Services |
| ACE USA | Target's Liability Insurance Company |
| Leopoldo Salas | Plaintiff |
| Leticia Salas | Plaintiff |

DATED:  March 11, 2021

Respectfully Submitted,

RESNICK & LOUIS, P.C.

By: _____
Martin D. Holly, Esq.
Ethan L. Flinders, Esq.
Attorneys for Defendant
TARGET CORPORATION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 515 S. Flower Street, 18th Floor, Los Angeles, California.

On **March 11, 2021**, I served the foregoing document(s) described as:
**CERTIFICATION AS TO INTERESTED PARTIES *[LOCAL RULE 7.1-1]***
on the interested parties in this action by sending a true copy of the document to the following parties as follows:

__X__ (BY ELECTRONIC MAIL) I caused the document(s) to be successfully transmitted via electronic mail the offices of the addressees.

____ (BY FACSIMILE) I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 3003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (213) 419-5063 and was reported as complete and without error.

____ **(BY US MAIL)** I caused such sealed envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service to:

***Attorneys for Plaintiff***
Robert L. Booker, Esq.
Joana Fang, Esq.
Century Park Law Group, APLC
864 S. Robertson Boulevard, 3rd Floor
Los Angeles, California 90035
Telephone: 888.203.1422; Facsimile: 888.203.1424
Email: Robert@CPLGLaw.com
Email: Joana@CPLGLaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 11, 2021, at Los Angeles, California.

By: ___*Jodie Alamillo*___
Jodie Alamillo
An Employee of Resnick & Louis, P.C.